MOTION GRANTED.
*/s/ Jeffery S. Frensley*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS J. DUPRAY, as Beneficial Owner and Managing Partner of TRACBEAM, LLC; and TRACBEAM, LLC, a Colorado Limited Liability Company,<br><br>    Plaintiffs,<br>v.<br><br>OXFORD INSURANCE COMPANY TN, LLC, a Tennessee Limited Liability Company; and SERIES PROTECTED CELL 1, a series of OXFORD INSURANCE COMPANY TN, LLC,<br><br>    Defendants. | Case No. 3:22-cv-01014<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

All parties in this matter jointly move the Court for entry of an Order modifying certain discovery deadlines established by the Court's September 14, 2023 Order (the "Case Management Order"). (*See* Docket Nos. 93, 96.) Following Plaintiffs' filing of their Third Amended Complaint, the parties have engaged in significant written and document discovery, including efforts to resolve discovery disputes without the Court's intervention. Despite their good-faith efforts, the Parties need additional time to complete fact discovery, which would affect other discovery deadlines in the Case Management Order (but not the current dispositive motion deadline or trial date).

The parties therefore propose and request the following new discovery deadlines:

    1.    All discovery motions shall be filed by **April 1, 2024**.

    2.    Plaintiffs' deadline to identify and disclose experts and expert reports, as provided for in the Initial Case Management Order (Docket No. 81), shall be **April 1, 2024**.

3. Defendants' deadline to identify and disclose experts and expert reports, as provided for in the Initial Case Management Order (*id.*), shall be **May 8, 2024**.

4. All fact and expert discovery, including expert depositions, shall be completed by **June 3, 2024**.

In all other respects, the Initial Case Management Order (*id.*), as modified by the current Case Management Order (Docket No. 96), shall govern this matter. For example, as noted above, these proposed deadlines would not affect or change the current deadline for dispositive motions (June 3, 2024) or the trial setting (October 15, 2024). (*See* Docket No. 81.)

WHEREFORE, the parties respectfully request that this Court enter an Order modifying the Case Management Order as set forth above.

Respectfully submitted on February 6, 2024.

        Respectfully submitted,

        /s/*James P. Cooney, III*
        James P. Cooney, III (pro hac vice)
        Womble Bond Dickinson LLP
        301 South College Street, Suite 3500
        Charlotte, NC 28202
        Email: jim.cooney@wbd-us.com

        /s/*Jeffrey M. Beemer* (with permission)
        Jeffrey M. Beemer, #17247
        Dickinson Wright PLLC
        424 Church Street, Suite 800
        Nashville, TN 37219
        Email: jbeemer@dickinsonwright.com

        *Attorneys for Defendants*

/s/ *W. Russell Taber III* (with permission)
W. Russell Taber III (BPR #24741)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
Fax: (615) 320-3737
Email: rtaber@rjfirm.com

John Michael Johnston (Pro Hac Vice)
Robert S. Kerr Ave., Suite 620
Oklahoma City, OK 73102
Tele: (405) 235-4074
Email: johnmichaeljohnston1@gmail.com

Thomas Neville (Pro Hac Vice)
Kamerman Uncyk Sonikier & Klein
1700 Broadway, 16th Floor
New York, NY 10019
Tele: (702) 445-5768
Email: tneville@kusklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2024 the foregoing **JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER** was served via the Court's ECF filing system upon counsel of record for Plaintiffs.

                                          /s/*James P. Cooney, III*
                                          James P. Cooney, III